**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|                                         |   |                              |
|-----------------------------------------|---|------------------------------|
| **UNITED STATES**                       | ) |                              |
|                                         | ) |                              |
|                                         | ) |                              |
| **v.**                                  | ) | **Crim. No. 1:21-cr-244-CKK** |
|                                         | ) |                              |
| **JERRY RYALS,**                        | ) |                              |
| **ANTHONY ALFRED GRIFFITH, SR.**        | ) |                              |
|                                         | ) |                              |
| **Defendants.**                         | ) |                              |

_____)

**DEFENDANT'S UPDATE TO THE COURT**

Defendant Anthony Alfred Griffith Sr., by and through undersigned counsel, respectfully submits this update to the Court.

1.        On May 7, the Government filed a Motion for Disclosure of 6e and Sealed Materials. *See* ECF #25

2.        On May 10, the Court issued a minute order directing Mr. Griffith to respond regarding his position on the Government's motion.

3.        Mr. Griffith does not oppose the Government's motion.

Respectfully submitted,

_____s/_____
David Benowitz
DC Bar # 451557
*Counsel for Anthony Alfred Griffith Sr.*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC  20004
(202) 271-5249
david@pricebenowitz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May 2021, a true copy of the foregoing

Defendant's Update to the Court was served via the CM/ECF system upon Assistant United

States Attorney Kevin Birney, United States Attorney's Office, 555 Fourth Street, Washington,

D.C. 20530.

_____/s/_____
David Benowitz