UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) <br> ) <br> ) |
| v. | ) Case No.: 1:21-cr-244-CKK <br> ) <br> ) |
| **ANTHONY ALFRED GRIFFITH, SR.,** <br> **Defendant.** | ) <br> ) <br> ) |

## MOTION TO LATE FILE NOTICE OF FILING

Defendant Anthony Griffith, by and through undersigned counsel, moves to late file the attached Notice of Filing and Declaration. Counsel's health issue delayed the filing; counsel apologizes for the delay.

Respectfully submitted,

_____/s/_____
David Benowitz # 451557
*Counsel for Anthony Griffith*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
(202) 417-6000
david@pricebenowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served via the Court's ECF system upon the parties on this 17th day of September, 2021.

_____/s/_____
David Benowitz