**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**UNITED STATES**                       )
                                        )
                                        )
   **v.**                               )  **Crim. No. 1:21-cr-244-CKK**
                                        )
                                        )
**ANTHONY ALFRED GRIFFITH, SR.**        )
                                        )
         **Defendants.**                )
_____)

# ORDER

Upon consideration of the Defendant's Unopposed Motion to Extend Deadline in Which to File Proposed Pretrial Scheduling Order, it is hereby,

**ORDERED**, that Defendant's Unopposed Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the deadline of May 6, 2022 to file the Proposed Pretrial Scheduling is extended to May 13, 2022.


_____          _____
**DATE**                   **COLLEEN KOLLAR-KOTELLY**
                           **United States District Judge**