# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY GRIFFITH, SR.<br><br>Defendant. | Criminal No. 1:21-cr-244-2 (CKK) |

## PRETRIAL SCHEDULING ORDER
(May 24, 2022)

The parties shall prepare their proposed Pretrial Scheduling Order using this template for discussion at the next Status Hearing.

|  | *Proposed Deadlines* |
|---|---|
| <u>Discovery & Associated Deadlines</u> | |
| Government to complete any final discovery under present indictment | 9/22/22 |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | N/A |
| Discovery motions (Fed. R. Crim. P. 16) | N/A |
| | |
| <u>Expert Notices & Other Crimes Evidence</u> | |
| Government's expert notice (FRE 701 & 702) | N/A |
| Defendant's expert notice (FRE 701 & 702) | N/A |
| Government's FRE 404(b) notice | N/A |
| Defendant's response to FRE 404(b) notice | N/A |
| *Brady* notice | N/A |
| | |
| <u>Experts</u> | |
| Expert reports (FRE 702) | N/A |
| Lay witness identification and subject matter (FRE 701) | N/A |
| | |
| <u>Non-Evidentiary Pretrial Motions</u> | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | 9/22/22 |
|     Government's response to Defendant's non-evidentiary motions | 10/6/22 |
|     Defendant's reply as to non-evidentiary motions | 10/13/22 |
| Government's non-evidentiary pretrial motions | 9/22/22 |
|     Defendant's response to Government's non-evidentiary motions | 10/6/22 |
|     Government's reply as to non-evidentiary motions | 10/13/22 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | 9/22/22 |
|     Government's response to Defendant's evidentiary motions | 10/6/22 |
|     Defendant's reply as to evidentiary motions | 10/13/22 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | 9/22/22 |
|     Defendant's response to Government's evidentiary motions | 10/6/22 |
|     Government's reply as to evidentiary motions | 10/13/22 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | 1/20/23 |
| Responses to motions *in limine* | 2/3/23 |
| Replies as to motions *in limine* | 2/10/23 |
| Joint notice of stipulations | 1 week before trial |
| *Giglio* and *Jencks* material | 10 days before trial |
| *Voir Dire* and Jury Instructions | 1 week before trial |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | 1 week before trial |
| Defendant's witness list, exhibit list and exhibits | 1 week before trial |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge