UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-244-2 (CKK) |
| ANTHONY GRIFFITH, SR, : | |
| : | |
| Defendant. : | |

NOTICE OF APPEARANCE

The United States of America by and through the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sonia Mittal is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Sonia Mittal
SONIA MITTAL
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
Illinois Bar No. 6314706
sonia.mittal@usdoj.gov
(202) 821-9470

## **CERTIFICATE OF SERVICE**

On this 11th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Sonia Mittal*
SONIA MITTAL
Assistant United States Attorney