**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES** )<br>)<br>v.  )<br>)<br>**ANTHONY GRIFFITH,** )<br>    **Defendant.** )<br>) | **Crim. No.: 1:21-cr-244-CKK-2** |

## MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel in the above matter. In support of this Motion, counsel states the following:

1. Mr. Griffith has retained Kira West as counsel in this matter.

2. Counsel has consulted with Ms. West and confirmed that she is available to represent Mr. Griffith on the currently scheduled March 13, 2023 trial date.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that this Court grant counsel's Motion for leave to withdraw and to substitute Kira West as counsel.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Anthony Griffith*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, D.C. 20004
(202) 271-5249
David@PriceBenowitz.com

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st day of October 2022, a true and correct copy of the foregoing Motion was electronically served on the parties in this case via the Court's CM/ECF system.

                                                       _____/s/_____
                                                       David Benowitz