IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-CR-244-2(CKK) |
| ) | |
| ) | |
| ANTHONY GRIFFITH ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as counsel for Mr. Anthony Griffith in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By:      /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 24th day of October, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

      /S/
Kira Anne West