IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 21-CR-244-2 (CKK) |
| | ) | |
| ANTHONY GRIFFITH, SR., | ) | |
| | ) | |
| DEFENDANT | ) | |

## NOTICE OF APPEARANCE

COMES NOW Nicole Cubbage and enters her appearance as counsel for Mr. Anthony Griffith in the above captioned case.

Respectfully Submitted,

NICOLE CUBBAGE

By:

  /s/
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com

Certificate of Service
I certify that a copy of the forgoing was filed electronically for all parties of record on this 24th day of October, 2022.
  /s/
Nicole Cubbage
Attorney for Mr. Griffith

1