# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-CR-244 (CKK)** |
| | : | |
| | : | |
| **ANTHONY GRIFFITH** | : | |

## ORDER

Pending before the Court is the defendant's Motion to Retain Rough Notes and Emails.

The motion being meritorious, it is

    **ORDERED** that the motion is GRANTED/DENIED.

    Signed this _____ day of _____, 2022.


                                                                   COLLEEN KOLLAR-KOTELLY
                                                                  UNITED STATES DISTRICT JUDGE