UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No.: 1:21-cr-244-CKK-2 |
| ) | |
| ANTHONY GRIFFITH, ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL

Undersigned counsel respectfully moves this Court for Motion to Withdraw and to Substitute Counsel in the above matter. In support of this Motion, counsel states the following:

1. Mr. Griffith has retained Kira West as counsel in this matter.

2. Counsel has consulted with Ms. West and confirmed that she is available to represent Mr. Griffith on the currently scheduled March 13, 2023 trial date.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that this Court grant counsel's Motion to Withdraw and to Substitute Kira West as counsel.

Respectfully submitted,

_____/s/_____
Matthew Wilson
DC Bar # 155875
*Counsel for Anthony Griffith*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, D.C. 20004
(202) 997-0898
mwilson@PriceBenowitz.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of November 2022, a true and correct copy of the foregoing Motion to Withdraw and to Substitute Counsel was electronically served on the parties in this case via the Court's CM/ECF system.

/s/
Matthew Wilson