AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-CR-0244 (CKK) |
| ANTHONY GRIFFITH, SR. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 01/09/2023

/s/ Craig Estes
*Attorney's signature*

Craig Estes // MA BBO #670370
*Printed name and bar number*

John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210
*Address*

craig.estes@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

*FAX number*