IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 21-CR-244 (CKK) |
| | ) | |
| | ) | |
| ANTHONY GRIFFITH | ) | |

## **NOTICE OF FILING**

The Defendant, Anthony Griffith, by his counsel, Kira Anne West, hereby files this notice of filing 4 additional exhibits to the defendant's reply (ECF No. 107) to government's response to defendant's motion to dismiss counts under 18 USC 1752. Undersigned counsel believed that these had been filed with the reply but for some technical mishap, they were omitted.

Respectfully submitted,

KIRA ANNE WEST

By:  _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 23rd day of January, 2023 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.



/S/
Kira Anne West