UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-244 (CKK) |
| v. | : | |
| | : | |
| ANTHONY ALFRED GRIFFITH, SR., | : | |
| | : | |
| Defendant. | : | |

**ASSENTED-TO MOTION TO EXTEND TIME FOR FILING GOVERNMENT'S
OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

The government respectfully moves this Court to extend the time in which to file its sur-reply pursuant to the Court's Minute Order dated January 22, 2023, from January 27, 2023, to February 3, 2023. In support thereof, both of the undersigned Assistant U.S. Attorneys have been on trial this week in another matter (*United States v. Alexander Sheppard*, 21-CR-203-JDB), and that even with the exercise of reasonable due diligence, additional time is necessary in which to prepare the government's sur-reply.

The undersigned Assistant U.S. Attorney has communicated with counsel for Anthony Alfred Griffith, Sr. and she does not object to the requested extension of time for filing the government's sur-reply.

/

/

/

/

/

/

1

Accordingly, the government respectfully requests that the Court allow this motion.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:    /s/ Craig Estes
        CRAIG ESTES
        Assistant United States Attorney
        United States Attorney's Office for the
        Massachusetts (detailed to USAO-DC)
        Massachusetts Bar No. 670370
        craig.estes@usdoj.gov
        (617) 748-3100

        /s/ Sonia Mittal
        SONIA MITTAL
        Assistant United States Attorney
        United States Attorney's Office for the
        District of Columbia
        Illinois Bar No. 6314706
        sonia.mittal@usdoj.gov
        (202) 821-9470

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, the foregoing document was filed electronically with the Clerk of the Court using the ECF system, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

          /s/ Craig E. Estes
          CRAIG E. ESTES
          Assistant United States Attorney