IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-244 (CKK) |
| | : | |
| | : | |
| ANTHONY GRIFFITH | : | |

## MOTION TO WITHDRAW DUPLICATIVE FILING

Mr. Anthony Griffith, through his attorneys, Nicole Cubbage and Kira Anne West, respectfully files this Motion to Withdraw Duplicative Filing and requests that the duplicative motion filed in error be withdrawn.

In support of this motion defendant states the following:

1. Counsel for defendant inadvertently uploaded two copies of the Defendant's Motion in Limine as to Certain Subjects.

2. The Docket numbers for the duplicative motions are ECF 92 and ECF 94

3. It is requested that ECF 94 be withdrawn as it is the same motion as ECF 92.

.

Respectfully Submitted

By: Nicole Cubbage

_____/s/_____
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002

1

703-209-4546
cubbagelaw@gmail.com
Attorney for Anthony Griffith

By: Kira Anne West

  /s/
Kira Anne West, Esq.
DC Bar No. 993523
712 H. Street N.E., Unit 509
Washington, D.C.  20002
(202)-236-2042
kiraannewest@gmail.com
Attorney for Anthony Griffith

Certificate of Service

I certify that a copy of the forgoing was filed electronically on ECF for all parties of record on this 7$^h$ day of February, 2023.

____/s/_____
Nicole Cubbage
Attorney for Anthony Griffith