CO 526 Rev. 5/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )     Criminal Case No.: 21-244 (CKK)
)
ANTHONY ALFRED GRIFFITH, SR )
)
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____ 1/17/23
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____     Date: Jan 24, 2023
COLLEEN KOLLAR-KOTELLY
United States District Judge