IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-244 (CKK) |
| | : | |
| | : | |
| ANTHONY GRIFFITH. | : | |

## DEFENDANT'S UNOPPOSED MOTION TO MOVE PRETRIAL CONFERENCE FROM MARCH 10 TO MARCH 13, 2023

The Defendant, by and through his attorneys Kira Anne West and Nicole Ann Cubbage, respectfully requests that this Court vacate the March 10, 2023 pretrial conference and instead hold the pretrial conference on March 13, 2023 and in support of this motion, the Defendant submits the following:

This Court set the pretrial conference in this case for March 10, 2023 at 10:00 o'clock a.m. The defendant, Mr. Griffith, is driving from Muskogee, Oklahoma with a friend to attend trial. Unfortunately, Mr. Griffith's friend had a death in the family and they are unable to travel to Washington, D.C. as quickly as previously thought. It is a three day trip by car. Mr. Griffith's friend would like to attend the funeral of his brother in law. This case being converted to a bench trial and as very few issues are in dispute between the parties, Mr. Griffith respectfully requests that the pretrial conference be moved to 9 a.m. on March 13, 2023 to allow Mr. Griffith and his friend time to attend to personal matters that were unexpected. Undersigned counsel spoke with both AUSA's on Thursday, March 2nd, 2023 who stated that did not have an objection to this request.

                              Respectfully submitted,

By:      /s/
Nicole Cubbage
DC Bar No. 999203
The Law Office of Nicole Cubbage
712 H St. NE, Unit# 570
Washington, DC 20002
703-209-4546
Cubbagelaw@gmail.com

By:      /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 2nd day of March 2023, a copy of same was delivered to the parties of record, by ECF and email pursuant to the Covid standing order and the rules of the Clerk of Court.

                              /S/
                            Kira Anne West