UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 21-CR-00244(CKK) |
| ANTHONY GRIFFITH, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The defendant, ANTHONY GRIFFITH, through his attorneys, Kira Anne West, and Nicole Ann Cubbage, pursuant to Federal Rule of Criminal Procedure 32 and 18 U.S.C. Section 3553(a), respectfully submits this supplemental sentencing memorandum to aid the Court at sentencing and hereby notifies the Court that although this Court sentenced co-defendant Jerry Ryals, a reminder of the facts and sentence are appropriate here to avoid the disparity of sentences.

As this Court will recall, Mr. Ryals was sentenced to 7 months in prison after he plead guilty to a felony charge of 18 USC 231(a)(3), Civil Disorder. The Court will also recall that Mr. Ryals engaged in violent conduct at the Capitol which was a basis for this Court's sentence of 7 months in prison. Specifically, when Mr. Ryals was inside the building, he used a sign and his shoulder to try to break into an office. *See* Gov't Sentencing memorandum, ECF. No. 72, p.10,

1

attached as Exhibit 1. He repeatedly used the sign as a battering ram. *Id.* Mr. Ryals continued his walk through the Capitol going to the Crypt and the Rotunda. He took several pictures of himself, pridefully posing in the Capitol. He posted those photos on facebook, and continued posting on Facebook the next day. He posted five photos and seventeen videos. His post stated that things were headed "in the direction of a revolutionary war against the corruption in our government." *Id.* at 17-18. He wore a TRUMP hat to prove his point. *Id.*

In contrast, Mr. Griffith did none of these things. He wasn't violent and he didn't post anything. He did not wear any political memorabilia. Moreover, Mr. Ryals was convicted of a felony offense and Mr. Griffith was convicted of misdemeanor offenses.

Mr. Griffith respectfully requests that this Court take these differences into account when considering sentencing disparity.

Respectfully submitted,

By:     /s/ *Kira A. West*
Kira Anne West
DC Bar No. 993523
712 H. St. N.E., Unit #509
Washington, D.C. 20005
Phone: 202-236-2042
kiraannewest@gmail.com

By:

2

        /s/   **Nicole Cubbage**
Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 24th day of August, 2023 a copy of same was delivered to the parties of record pursuant to the rules of the Clerk of Court.

    *Kira West*    /S/
Kira Anne West

3