UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 21-CR-00244(CKK) |
| ANTHONY GRIFFITH, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S EMERGENCY MOTION FOR RELEASE PENDING APPEAL

Pursuant to 18 U.S.C. Section 3143(b) and Fed. R. Crim P. 46(c), defendant Anthony Griffith respectfully moves for release pending appeal on the conditions of release previously imposed. Release should be granted for the reasons set forth in the accompanying memorandum of law. As Mr. Griffith is currently schedule to self-surrender for service of his custodial sentence on September 29, 2023, he respectfully requests expedited treatment of this motion.

Respectfully Submitted,

By: Nicole Cubbage

/s/ Nicole Cubbage

Nicole Cubbage
DC Bar No. 999203
712 H. Street N.E., Unit 570
Washington, D.C.  20002
703-209-4546
cubbagelaw@gmail.com
Attorney for Mr. Griffith

1

/s/
Kira Anne West, Esq.
DC Bar No. 993523
712 H. Street N.E., Unit 509
Washington, D.C.  20002
(202)-236-2042
kiraannewest@gmail.com
Attorney for Mr. Griffith

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 12th day of September, 2023.

/s/ *Nicole Cubbage*
Nicole Cubbage
Attorney for Mr. Griffith