# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 21-cr-244 (CKK) |
| ) | |
| ) | |
| TONY GRIFFITH, ) | |
| Defendant. ) | |
| ) | |

## Motion to Withdraw

Undersigned counsel was trial counsel for the above defendant. The defendant served his sentence after a bench trial verdict of Guilty. Undersigned counsel has retired. Undersigned counsel has served this motion on the defendant pursuant to the local rules.

Wherefore, undersigned counsel respectfully requests that she be released from the case and the motion to withdraw be granted.

Respectfully submitted,

KIRA ANNE WEST

By:  /s/*Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 21st day of January, 2025, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

          /s/*Kira Anne West*
          Kira Anne West

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 21-CR-244(CKK)** |
| ) | |
| ) | |
| **TONY GRIFFITH,** ) | |
|     **Defendant.** ) | |
| ) | |

## ORDER

This Court has considered the motion to withdraw filed by trial counsel for defendant Griffith. Finding it meritorious, the motion is GRANTED/DENIED.

    **SO ORDERED this \_\_\_\_ day of _____, 2025.**

_____
COLLEEN KOLLAR-KOTTELY
United States District Judge

3